```
 1  MCGREGOR W. SCOTT
    United States Attorney
 2  KEVIN P. ROONEY
    Assistant U.S. Attorney
 3  3654 Federal Building
    1130 "O" Street
 4  Fresno, California  93721
    Telephone:  (559) 498-7272
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. F. NO. 96-5181 OWW |
| Plaintiff, | ) REQUEST BY THE UNITED STATES |
| v. | ) FOR DISMISSAL OF INDICTMENT |
|  | ) [Fed.R.Crim.Proc. 48(a)] |
| EXZUR MACA ALEJO, and | ) |
| WENDALL NACAPUY, | ) |
| Defendants. | ) |

Comes now the United States, by and through its attorneys of record, MCGREGOR W. SCOTT, United States Attorney, and KEVIN P. ROONEY, Assistant United States Attorney, and request leave of the court to dismiss, without prejudice, the Indictment in this case,

///
///
///
///
///
///

1

as to the above-named defendants, in the interest of justice.

DATED: August 12, 2005                    Respectfully submitted,

                                          MCGREGOR W. SCOTT
                                          United States Attorney


                                      By  /s/Kevin P. Rooney
                                          KEVIN P. ROONEY
                                          Assistant U.S. Attorney
                                          Chief, Fresno Office




     IT IS SO ORDERED.

                                          /s/ OLIVER W. WANGER
DATED: August _22_, 2005                  _____
                                          Honorable OLIVER W. WANGER
                                          United States District Court Judge